UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................

YVONNE T. NEWMAN,

        Plaintiff,

-against-

EDUCATIONAL CREDIT AND MANAGEMENT
CORPORATION and
WAGE WITHHOLDING ADMINISTRATOR,

        Defendants.

**O R D E R**

CV-08-3871 (CBA)

..................................................

AMON, J.

On June 26, 2009, the Court granted the defendants' application to dismiss this case.

Plaintiff was given 20 days to file an amended complaint. No amendment was filed.

The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       January 15, 2010

/S/
Carol Bagley Amon
United States District Judge

cc:   Yvonne T. Newman
      136-19 221st Street
      Laurelton, NY 11413